IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00022-FL

| | | |
|---|---|---|
| JUSTIN CARLISLE GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING RELIEF |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon Defendant's Motion for Relief from Order and Judgment under Fed. R. Civ. P. 60(b)(1), it is hereby

ORDERED that the Order of March 19, 2019 (Doc. No. 25) and Judgment of March 19, 2019 (Doc. No. 26) remanding this case to the Defendant are WITHDRAWN, Plaintiff's Motion for Judgment on the Pleadings under Rule 12(c) of the Federal rules of Civil Procedure (Doc. No. 19) is DENIED, and Defendant's Motion for Judgment on the Pleadings (Doc. No. 22) is GRANTED.

This __1st__ day of __April__, 2019.

BY: _____
Louise W. Flanagan
United States District Court Judge