UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN CARLISLE GRAHAM,<br>　　　　Plaintiff,<br><br>v.<br><br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | **AMENDED JUDGMENT**<br><br>No. 7:18-CV-22-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 1, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is DENIED and defendant's motion for judgment on the pleadings is GRANTED.

**This Judgment Filed and Entered on April 1, 2019, and Copies To:**

Michael Gray Gillespie / James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


April 1, 2019　　　　　　　　　　　　　　　PETER A. MOORE, JR. CLERK

　　　　　　　　　　　　　　　　　　　　　  /s/ Sandra K Collins
　　　　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk